**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **YAKAR TECHNOLOGIES, LLC,**<br>**Petitioner,**<br>**-against-**<br>**HIGH RAIL LLC,**<br>**Respondents.** | **1:25-cv-9254-ALC**<br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

Defendant has filed a request to deny Plaintiff's request for a Certificate of Default and to stay this matter pending *ex parte* reexamination by the U.S. Patent and Trademark Office. ECF No. 12. Plaintiff has not filed a response.

Defendant indicated that Plaintiff did not respond to Defendant's attempts to agree on a deadline to respond to the Complaint. The parties shall file a joint status report by October 28, 2026, regarding the status of *ex parte* reexamination and whether Plaintiff consents to a stay.

**SO ORDERED.**

**Dated:** **October 1, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**